**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

DILENIA PAGUADA, on behalf of herself and all others similarly situated,

                       Plaintiff,

    -against-

CHRISTOPHER ELBOW CHOCOLATES, L.L.C.,

                       Defendant.

------------------------------------- x

ORDER

20 Civ. 8918 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties' request for a 45-day stay of the above-captioned action is GRANTED. The initial conference is adjourned from May 27, 2021 to June 10, 2021 at 9:30 am

Dated: April 22, 2021
      New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge